UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **ANTHONY WRIGHT, Individually,** on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>**WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC.,**<br><br>　　　　　　Defendants. | CASE NO. 0:19-cv-62051-KMM<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING NOTICE OF CONSENTS TO JOIN

Plaintiff, **ANTHONY WRIGHT**, individually and on behalf of all others similarly situated who likewise were subjected to the illegal pay practices at issue, hereby gives notice of filing with the Clerk of the Court the following true an correct copies of Consents to Join, which is attached hereto as Exhibit "A", pursuant to 29 U.S.C.§216(b):

　　Junior Andrew

　　Offie Jonathan Essix

　　Devon Douglas

　　Charlie Boyd

　　Eric D. Gray

　　Eula Allen

　　Johnny Harris

　　Anthony Wright

Dated:  August 27, 2019

Respectfully submitted by:

**MORGAN & MORGAN, P.A**.

*C. Ryan Morgan, Esq.*
FBN 0015527
N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:	(407) 420-1414
Facsimile:	(407) 867-4791
Email:  rmorgan@forthepeople.com

**Paul M. Botros, Esq**.
FBN 0063365
8151 Peters Road
Suite 4000
Plantation, FL 33324
Telephone:	(954) 327-5352
Facsimile:	(954) 327-3017
Email:  pbotros@forthepeople.com

And

**ANDERSON ALEXANDER, PLLC**

**Austin W. Anderson, Esq.**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
*pro hac vice* application forthcoming

**Clif Alexander, Esq.**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284
*pro hac vice* application forthcoming

**ATTORNEYS IN CHARGE FOR PLAINTIFF AND PUTATIVE CLASS MEMBERS**

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants in this case.

              */s/ Paul M. Botros*
              Paul M. Botros