UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ANTHONY WRIGHT, Individually, on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC.,<br><br>Defendants. | CASE NO.<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)<br><br>JURY TRIAL DEMANDED |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I previously consented to join Case No. 2:17-cv-2654-DCN in the District of South Carolina against Defendants. I want to continue my case against Defendants and hereby consent to become a party plaintiff seeking unpaid wages and compensation in this case.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Morgan & Morgan, P.A., and Anderson Alexander, PLLC.

Date: 8-9-19        Sign: *Junior Andrew*

                    Print Name: Junior Andrew

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ANTHONY WRIGHT, Individually, on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC., <br><br> Defendants. | CASE NO. <br><br> COLLECTIVE ACTION <br> PURSUANT TO 29 U.S.C. § 216(b) <br><br> JURY TRIAL DEMANDED |

## CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I previously consented to join Case No. 2:17-cv-2654-DCN in the District of South Carolina against Defendants. I want to continue my case against Defendants and hereby consent to become a party plaintiff seeking unpaid wages and compensation in this case.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Morgan & Morgan, P.A., and Anderson Alexander, PLLC.

Date: 8-12-19          Sign: _____

Print Name: Offie Jonathan Essix

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ANTHONY WRIGHT, Individually, on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC.,<br><br>Defendants. | CASE NO.<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)<br><br>JURY TRIAL DEMANDED |

## CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I previously consented to join Case No. 2:17-cv-2654-DCN in the District of South Carolina against Defendants. I want to continue my case against Defendants and hereby consent to become a party plaintiff seeking unpaid wages and compensation in this case.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Morgan & Morgan, P.A., and Anderson Alexander, PLLC.

Date: Aug 12, 2019          Sign: _____

                            Print Name: Devon Douglas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ANTHONY WRIGHT, Individually, on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC.,<br><br>Defendants. | CASE NO.<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)<br><br>JURY TRIAL DEMANDED |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I previously consented to join Case No. 2:17-cv-2654-DCN in the District of South Carolina against Defendants. I want to continue my case against Defendants and hereby consent to become a party plaintiff seeking unpaid wages and compensation in this case.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Morgan & Morgan, P.A., and Anderson Alexander, PLLC.

Date: 6-13-19

Sign: _____

Print Name: Charlie Boyd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ANTHONY WRIGHT, Individually, on behalf of all others similarly situated,

Plaintiffs,

v.

WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC.,

Defendants.

CASE NO.

COLLECTIVE ACTION
PURSUANT TO 29 U.S.C. § 216(b)

JURY TRIAL DEMANDED

## CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I previously consented to join Case No. 2:17-cv-2654-DCN in the District of South Carolina against Defendants. I want to continue my case against Defendants and hereby consent to become a party plaintiff seeking unpaid wages and compensation in this case.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Morgan & Morgan, P.A., and Anderson Alexander, PLLC.

Date: 8-19-2019           Sign: _Eric D. May_

                          Print Name: _Eric D. Gray_

Location: Cocoa, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ANTHONY WRIGHT, Individually, on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC.,<br><br>Defendants. | CASE NO.<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)<br><br>JURY TRIAL DEMANDED |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I previously consented to join Case No. 2:17-cv-2654-DCN in the District of South Carolina against Defendants. I want to continue my case against Defendants and hereby consent to become a party plaintiff seeking unpaid wages and compensation in this case.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Morgan & Morgan, P.A., and Anderson Alexander, PLLC.

Date: Aug 16, 2019

Sign: *Eula Allen (Aug 16, 2019)*

Print Name: Eula Allen

# NEW Consent to Join

Final Audit Report                                             2019-08-16

| | |
|---|---|
| Created: | 2019-08-12 |
| By: | Paul Botros (pbotros@forthepeople.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAzO_5eHsNS4B1zygoonyOEbkPkD7z6__Y |

## "NEW Consent to Join" History

- Document created by Paul Botros (pbotros@forthepeople.com)
  2019-08-12 - 4:43:01 PM GMT- IP address: 104.129.206.205

- Document emailed to Eula Allen (marieallen10@icloud.com) for signature
  2019-08-12 - 4:43:42 PM GMT

- Email viewed by Eula Allen (marieallen10@icloud.com)
  2019-08-16 - 5:28:33 PM GMT- IP address: 107.77.216.79

- Document e-signed by Eula Allen (marieallen10@icloud.com)
  Signature Date: 2019-08-16 - 5:30:22 PM GMT - Time Source: server- IP address: 107.77.216.79

- Signed document emailed to Eula Allen (marieallen10@icloud.com) and Paul Botros (pbotros@forthepeople.com)
  2019-08-16 - 5:30:22 PM GMT

Adobe Sign

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ANTHONY WRIGHT, Individually, on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC.,<br><br>Defendants. | CASE NO.<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)<br><br>JURY TRIAL DEMANDED |

### CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I previously consented to join Case No. 2:17-cv-2654-DCN in the District of South Carolina against Defendants. I want to continue my case against Defendants and hereby consent to become a party plaintiff seeking unpaid wages and compensation in this case.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Morgan & Morgan, P.A., and Anderson Alexander, PLLC.

Date: 8-26-19          Sign: Johnny Harris

                       Print Name: Johnny Harris

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ANTHONY WRIGHT, Individually, on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC.,<br><br>Defendants. | CASE NO.<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)<br><br>JURY TRIAL DEMANDED |

<u>**CONSENT TO BECOME A PARTY PLAINTIFF**</u>
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I previously consented to join Case No. 2:17-cv-2654-DCN in the District of South Carolina against Defendants. I want to continue my case against Defendants and hereby consent to become a party plaintiff seeking unpaid wages and compensation in this case.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Morgan & Morgan, P.A., and Anderson Alexander, PLLC.

Date: Aug 27, 2019

Sign: _Anthony wright (Aug 27, 2019)_

Print Name: **Anthony wright**

# NEW Consent to Join

Final Audit Report                                                                 2019-08-27

| | |
|---|---|
| Created: | 2019-08-27 |
| By: | Paul Botros (pbotros@forthepeople.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAADDJVjv1mMcj5DuPKoVBU1hs6kSIDN4dc |

## "NEW Consent to Join" History

- Document created by Paul Botros (pbotros@forthepeople.com)
  2019-08-27 - 3:09:42 PM GMT- IP address: 104.129.206.195

- Document emailed to Anthony wright (ampanthony21@gmail.com) for signature
  2019-08-27 - 3:10:23 PM GMT

- Email viewed by Anthony wright (ampanthony21@gmail.com)
  2019-08-27 - 3:14:14 PM GMT- IP address: 66.102.8.34

- Document e-signed by Anthony wright (ampanthony21@gmail.com)
  Signature Date: 2019-08-27 - 3:15:13 PM GMT - Time Source: server- IP address: 172.58.14.201

- Signed document emailed to Paul Botros (pbotros@forthepeople.com) and Anthony wright (ampanthony21@gmail.com)
  2019-08-27 - 3:15:13 PM GMT

Adobe Sign