**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**ANTHONY WRIGHT, Individually,** on behalf of all others similarly situated,

Plaintiffs,

v.

**WASTE PRO USA, INC., and WASTE PRO OF FLORIDA, INC.,**

Defendants.

**CASE NO. 0:19-cv-62051-KMM**

**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**

**JURY TRIAL DEMANDED**

**NOTICE FOR ENTRY OF PARTIES**

Plaintiff, ANTHONY WRIGHT, on behalf of himself and those similarly situated, gives notice of the entry of additional opt-in Plaintiffs in the instant case: ANTHONY RODRIGUEZ, STEVEN BENJAMIN, D'ANGELO COATES, BRANDON DEAN, EUGENE L. EDWARDS, ANTONIO FORD, THOMAS GRIFFIN, DAN JERMONE JACKSON, LATROY JACKSON, GREGORY L. JULIUS, EDDIE LOPEZ, KELVIN LITTLE, ANTHONY MITCHELL, RANDOLPH MITCHELL, ALEJANDRO J. RODRIGUEZ, and CHRISTOPHER ROBINS WILLIAMS, Jr.

Plaintiff hereby requests that ANTHONY RODRIGUEZ, STEVEN BENJAMIN, D'ANGELO COATES, BRANDON DEAN, EUGENE, E. EDWARDS, ANTONIO FORD, THOMAS GRIFFIN, DAN JERMONE JACKSON, LATROY JACKSON, GREGORY L. JULIUS, EDDIE LOPEZ, KELVIN LITTLE, ANTHONY MITCHELL, RANDOLPH MITCHELL, ALEJANDRO J. RODRIGUEZ, and CHRISTOPHER ROBINS WILLIAMS, Jr. be added to the docket as an additional party.

Dated: this 10th day of September, 2019

Respectfully submitted,

s/ C. Ryan Morgan
**RYAN MORGAN**
Florida Bar No.: 0015527
20 N. Orange Avenue
Suite 1600
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 867-4791
E-mail: rmorgan@forthepeople.com
s/Paul M. Botros
**PAUL M. BOTROS**
Florida Bar No.: 0063365
8151 Peters Road
Suite 4000
Plantation, Florida 33324
Telephone: (954) 327-5352
Facsimile: (954) 327-3017
E-mail: pbotros@forthepeople.com

***Attorneys for Plaintiff and the Putative Class Members***

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Paul M. Botros*
Paul M. Botros