UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62051-KMM

ANTHONY WRIGHT,

    Plaintiff,
v.

WASTE PRO USA, INC, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon the Court's June 5, 2022 Order (ECF No. 321) granting Defendants Waste Pro USA, Inc. and Waste Pro of Florida, Inc.'s Motion for Summary Judgment (ECF No. 307) and denying Plaintiff Anthony Wright's Amended Motion for Partial Summary Judgment (ECF No. 309). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED AND ADJUDGED that Final Judgment is entered in favor of Defendants Waste Pro USA, Inc. and Waste Pro of Florida, Inc. and against Plaintiff Anthony Wright.

The Clerk of Court is instructed to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of June, 2022.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record